CITY OF ST. LOUIS TO USE OF FELIX A. McDONALD, Respondent, *v.* OCTAVIA BOYCE *et al.*, Appellants.

*Courts — Jurisdiction.* — The Law Commissioner's Court of St. Louis county has no jurisdiction in actions to enforce liens against real estate. (City to use, &c., v. Rudolph, 36 Mo. 465.)

*Appeal from St. Louis Law Commissioner's Court.*

*Alex. Martin*, for appellant.

*Wickham*, for respondent.

HOLMES, Judge, delivered the opinion of the court.

This case depends upon the jurisdiction of the Law Commissioner's Court in actions to enforce liens against real estate. It was decided here at the last term that the Law Commissioner's Court had no jurisdiction in such cases. (City to use, &c., v. Rudolph, 36 Mo. 465.) The judgment was for a special execution against the real estate, and not merely for the debt independent of the lien, as in Kinnear v. Jones, 24 Mo. 83.

Judgment is reversed and the suit dismissed. The other judges concur.